W. W. Whitehurst, for Appellant.
*S. D. Williams, Cary D. Landis,* Attorney General, *H. E. Carter* and *J. V. Keen,* Assistant Attorneys General, for Appellee.

State of Florida, *ex rel.* Gulf Life Insurance Company, a Florida Corporation, Relator, v. The City of Live Oak, a Municipal Corporation under the Laws of Florida, Respondent.

*Loftin, Stokes & Calkins, Scott M. Loftin, Robert H. Anderson* and *Harold B. Wahl,* for Relator.
*Alfred T. Airth,* for Respondent.

H. O. Brown and Florence E. Brown, Appellants. v. Home Owners Land Corporation, a Corporation, Appellee.

*H. O. Brown,* for Appellants.
*Baxter & Clayton,* for Appellee.

Grand Lodge Knights of Pythias of North America, Etc., Appellant, v. John L. Nixon, as Administrator, Etc., Appellee.

*McGill & McGill,* for Appellant.
*G. A. K. Sutton,* for Appellee.

M. A. Smith, as Liquidator, Etc., Appellant, v. Edward Seifert, *et al.,* Appellees.